1040

(October 27, 1967)

In the Matter of the Accounting of MATHIAS P. POERSCH, as Surviving Trustee of a Trust Created by FRANK C. O'BRIEN, Deceased, Respondent. GERTRUDE E. KELLIHER et al., Appellants; HAROLD E. BLODGETT et al., as Administrators of the Estate of GRACE C. O'BRIEN, Deceased, et al., Respondents. — GIBSON, P. J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Gibson, P. J.